U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 0 2 2023

TONY R. MOORE, CLERK
BY _____
        DEPUTY

*(Rev. 12/8/2020)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

John Edward Self
_____
        Plaintiff

Prisoner # 55298-280

VS.

U.S Bureau of Prisons
Officers In Official Capacity &
FCC Oakdale        Defendant

Civil Action No. 23-cv-0148 _____  SEC. P

Judge _____

Magistrate Judge _____

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I.    **Previous Lawsuits**

a.    Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes _____    No  X

b.    If your answer to the preceding question is "Yes," provide the following information.

1.    State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

_____

_____

2.    Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3.    Docket number(s): _____

4.    Date(s) on which each lawsuit was filed: _____

5.    Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

Page 1 of 4

*(Rev. 12/8/2020)*

c.    Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes _____   No __X__

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.   a.    **Name of institution and address of current place of confinement:**

FCC OAKdale   PO Box 5010, OAKdalc LA 71463

b.    Is there a prison grievance procedure in this institution?

Yes __✓__   No _____

1.    Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes _____   No __✓__

2.    If you did not file an administrative grievance, explain why you have not done so.

WAS told to Utilize FedeRAL ToRT
ClAim PRoced uRE

3.    If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

Filed FedeRAL toRt ClAim
ToRT ClAim #  TRT-SCR-2022-00614

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.   **Parties to Current Lawsuit:**

a.    Plaintiff, John EdwARD Self  # 55298-280

Address PO Box 5010 OAKDAlE LA 71463

*(Rev. 12/8/2020)*

b.   Defendant, __WARDEN  MARTINEZ__, is employed as __WARDEN__ at __FCC  OAKdAlE  II__.

Defendant, __OFFICER  Courville__, is employed as __C/O__ at __FCC  OAKdAlE__.

Defendant, __OFFICER  R. Noel__, is employed as __C/O__ at __FCC  OAKdAlE__.

Additional defendants, __OFFICER  J.D  WEST   C/O @ FCC  OAKdAlE  Colette  PeteRS  Director  U.S  Bureau  of  Prisons__

## IV.   Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

ON 10/6/2021 I WAS BEING TRANSPORTED By CORRECTIONAL OFFICERS Employed AT FCC OAdAlE, TO AN Eye DoCTORS AppoiNtmenT. I Am IN A WheelchaiR, the CoRRECTioNAl OFFICERS Loaded My WheelchaiR INTO the TRANSPORT VAN & STRApped My WheelchaiR to the VAN, But faiLed to Apply ANy SeATbelt OR RESTAiNiNg DeVice to SECURE ME IN PlacE. OFFicer Courville WAS DRiving AT A High RATE of Speed BECAUSE WE WERE RunniNg LATE TO The AppoiNtmenT. AT Some PoiNT DuRing the trip OFFiCER Courville SlAmmed on the BRAKES. I WAS IN HANdCuffS & WAisTchAiNS & BECAUSE I WAS UNRESTAiNed By A SeATbelt I flEW ouT of My WheelchaiR & WAS unAble to cAtch MyseLf. My fAce SmAshed INto the BAck of the SEAT & SuffEREd INJuRies to ME Leg, ShouldeR & BOTh WRiSTS

## V.   Relief $100,000 foR Negligence, INJuRieS & Continued

*(Rev. 12/8/2020)*

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Pain & Suffering As Well As Deliberate Indifference to Injuries & Pain & Suffering

## VI.    Plaintiff's Declaration

a.    I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.    I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.    If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _____ day of _____ , 20 _____ .

John Edward Self

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**          **Signature of Plaintiff**