# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **JOHN EDWARD SELF #55298-280** | **CASE NO. 2:23-CV-00148 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN MARTINEZ ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Government's Motion to Dismiss (Doc. 31) is **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 28th day of February, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE